| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE, WEBSTER,<br>DELLA FERA & SODONO, P.C.**<br>100 Executive Drive, Suite 100<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Joshua H. Raymond (JR2022)<br>*Counsel for Plaintiff Donald V. Biase, Chapter 7*<br><br>*Trustee for Pelican Pool & Ski Center, Inc.* | |
| In re:<br><br>PELICAN POOL & SKI CENTER, INC., | Case No. 05-22983 (DHS)<br><br>Chapter 7 |
| DONALD V. BIASE, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RIPCURL,<br><br>　　　　Defendant. | Adv. Pro. No. 07-1535 (DHS)<br><br>Judge: Honorable Donald H. Steckroth |

## APPLICATION FOR ENTRY OF DEFAULT

TO:　HONORABLE DONALD H. STECKROTH
　　　UNITED STATES BANKRUPTCY JUDGE

Donald V. Biase, Chapter 7 Trustee ("Trustee") for Pelican Pool & Ski Center ("Debtor"), by and through his attorneys, Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., hereby files and serves this application for the entry of a default pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. Pro. 7055(a), and D.N.J. LBR 7055(a), and shows unto the Court the following:

1.  On April 18, 2007, the Trustee filed the within adversary proceeding against Ripcurl ("Defendant") seeking to avoid and recover pre-petition and post-petition transfers ("Complaint").

2.  On or about April 26, 2007, Defendant was served with the Summons, copy of the Complaint, and Notice of Pretrial Conference via certified mail, return receipt requested, and first class mail, postage prepaid. A copy of the return receipt signed by a party of the Defendant evidencing its actual receipt of such mailing via certified mail is attached hereto as Exhibit "A."

3.  Defendant has failed to plead or otherwise defend within the allowed time, and that time has now run.

4.  Defendant has not requested nor has been granted an extension of time to plead or otherwise defend.

**WHEREFORE**, the Trustee hereby respectfully requests that the Clerk of the Bankruptcy Court enter a default pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. Pro. 7055(a), and D.N.J. LBR 7055-1(a), in the above-captioned adversary proceeding against Defendant Ripcurl.

                TRENK, DiPASQUALE, WEBSTER,
                DELLA FERA & SODONO, P.C.
                *Attorneys for Plaintiff Donald V. Biase,*
                *Chapter 7 Trustee*

By: _/s/ Joshua H. Raymond_
      Joshua H. Raymond

DATED: July 9, 2007

*Exhibit "A"*

